UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JW, by his next friend, MARYELLEN
WRIGHT, and MARYELLEN WRIGHT,

             Case No. 14-11334

 Plaintiffs,

             Judge Thomas L. Ludington

vs.            Magistrate Charles E. Binder

MAYVILLE COMMUNITY SCHOOLS
and MARTIN BLACKMER,

 Defendants.
_____/

| | |
|---|---|
| NICHOLAS ROUMEL (P37056) | TIMOTHY J. MULLINS (P28021) |
| NACHT, ROUMEL, | KENNETH B. CHAPIE (P66148) |
|  & SALVATORE, P.C. | GIARMARCO, MULLINS |
| *Attorney for Plaintiffs* |  & HORTON, P.C. |
| 101 N. Main Street, Suite 555 | *Attorneys for Defendants* |
| Ann Arbor, MI 48104 | 101 W. Big Beaver Road, 10th Floor |
| (734) 663-7550 | Troy, MI 48084-5280 |
| nroumel@nachtlaw.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |

**STIPULATED ORDER TO APPROVE SETTLEMENT
AND DISMISS CASE WITH PREJUDICE**

The Plaintiff filed a motion to approve settlement with supporting documentation, and Defendants did not oppose. The parties were heard in open court on October 28, 2015, and the Next Friend of Plaintiff addressed the Court.

The Court being fully advised; IT IS ORDERED that the motion to approve settlement is GRANTED. The settlement is approved and this case is closed and dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED**

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: October 29, 2015

We stipulate to entry of this order:

/S/*Nicholas Roumel (P37056)*  
Attorney for Plaintiff  
October 28, 2015

/S/ *Kenneth B. Chapie (P66148)*  
Attorneys for Defendant  
October 28, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 29, 2015.

s/Johnetta Curry Williams  
JOHNETTA CURRY WILLIAMS  
Acting Case Manager